TRIANTIPHYLLIDES et al., Respondents, v. JOLINE et al., Appellants. (Supreme Court, Appellate Division, First Department. February 11, 1909.) Action by Demetrius Triantiphyllides and another against Adrian H. Joline and another. W. M. Chadbourne, for appellants. R. Link, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

TROY LAUNDRY MACHINERY CO., Limited, Respondent, v. SCHLESINGER, Appellant. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Action by the Troy Laundry Machinery Company, Limited, against Samuel Schlesinger. No opinion. Judgment of the Municipal Court affirmed, with costs.

TRUSTEES OF REFORMED PROTESTANT DUTCH CHURCH OF MOTT HAVEN, Respondent, v. INTERBOROUGH RAPID TRANSIT CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. March 5, 1909.) Action by the trustees of the Reformed Protestant Dutch Church of Mott Haven against the Interborough Rapid Transit Company and another. J. O. Nicholls, for appellants. E. D. Hawkins, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

TWAMLEY, Respondent, v. JAMES W. MERRITT CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 13, 1909.) Action by Agnes Twamley, an infant, etc., against the James W. Merritt Company. No opinion. Judgment and order affirmed, with costs.

UNGER, Respondent, v. SYKES, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 20, 1909.) Action by Maurice H. S. Unger against Walter F. Sykes. No opinion. Judgment affirmed, with costs.

UNGRICH et al., Respondents, v. SHAFF et al., Appellants. (Supreme Court, Appellate Division, First Department. February 19, 1909.) Action by Margaret E. Ungrich and another against David Shaff and another. S. Levy, for appellants. H. Swain, for respondents. No opinion. Judgment and order affirmed, with costs, on Ungrich v. Shaff, 119 App. Div. 843, 105 N. Y. Supp. 1013. Order filed.

UNION BANK, Respondent, v. SILVERMAN et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 12, 1909.) Action by the Union Bank against Morris Silverman and others. No opinion. Judgment of the Municipal Court affirmed, with costs.

UNION LUMBER CO., Respondent, v. CAFLISCH et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 13, 1909. Action by the Union Lumber Company against Jacob C. Caflisch and another. No opinion. Motion for reargument denied, with $10 costs.

UNION TRUST CO. v. DUNN. (Supreme Court, Appellate Division, First Department. February 19, 1909.) Action by the Union Trust Company against Bartholomew Dunn, as executor. No opinion. Judgment and order affirmed, with costs. Order filed.

UNION WATER, LIGHT & POWER CO., Respondent, v. BLAKE, Appellant. (Supreme Court, Appellate Division, Third Department. March 10, 1909.) Action by the Union Water, Light & Power Company against Selwyn N. Blake.

PER CURIAM. Judgment affirmed, with costs.

COCHRANE, J., dissents. SMITH, P. J., not voting.

UNITED MERCHANTS' REALTY CO. v. NEW YORK HIPPODROME. (Supreme Court, Appellate Division, First Department. February 11. 1909.) Action by the United Merchants' Realty Company against the New York Hippodrome. No opinion. Application granted. Order signed. See, also, 113 N. Y. Supp. 740.

UNITED STATES FIDELITY & GUARANTY CO., Appellant, v. BELDEN et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 20, 1909.) Action by the United States Fidelity & Guaranty Company against Alvin J. Belden and another.

PER CURIAM. Judgment affirmed, with costs.

KRUSE, J., dissents, upon the ground that in any event the claims for costs accruing after the adjudication in bankruptcy were not discharged.

In re UNSAFE BUILDING, 159 MAIDEN LANE. (Supreme Court, Appellate Division, First Department. February 5, 1909.) In the matter of the unsafe building, 159 Maiden Lane. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

UVALDE ASPHALT PAVING CO., Respondent, v. NATIONAL TRADING CO. et al. Appellants. (Supreme Court, Appellate Division, First Department. March 12, 1909.) Action by the Uvalde Asphalt Paving Company against the National Trading Company and another. B. F. Norris, for appellants. L. G. Rosenblatt, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

VAN LOAN v. TUCKER, SPEYERS & CO. (Supreme Court, Appellate Division, First Department. February 11, 1909.) Action by Al-

bert Van Loan against Tucker, Speyers & Co. No opinion. Motion denied, with $10 costs. Order filed.

VIGOUROUX, Respondent, v. HELVETIA SILK MILLS, Appellant. (Supreme Court, Appellate Division, First Department. February 11, 1909.) Action by John Vigouroux against the Helvetia Silk Mills. L. H. Porter, for appellant. F. S. McAvoy, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

VOGEL BINDER CO. v. MONTGOMERY et al. (Supreme Court, Appellate Division, Fourth Department. January 27, 1909.) Action by the Vogel Binder Company against William J. Montgomery and others. No opinion. Application for stay granted. Settle order before Mr. Justice SPRING on two days' notice.

VOGT, Appellant, v. SCHWARTZ, Respondent. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Action by Amelia Vogt against Solomon S. Schwartz. No opinion. Order of the Municipal Court affirmed, with costs.

WADDELL, Respondent, v. HUDSON RIVER ELECTRIC POWER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 19, 1909.) Action by Claude W. Waddell against the Hudson River Electric Power Company. PER CURIAM. Judgment and order affirmed, with costs. WILLIAMS, J., dissents.

WAHL et al., Respondents, v. LEWIS et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 3, 1909.) Action by Louis H. Wahl, as administrator, etc., and others, against George L. Lewis and another. No opinion. Judgment and order affirmed, with costs.

WAHLHEIMER, Appellant, v. BIANCHI et al., Respondents. (Supreme Court, Appellate Division, First Department. March 19, 1909.) Action by George Wahlheimer against William Bianchi and others. J. N. Hayes, for appellant. T. Connoly, for respondents. No opinion. Judgment modified, by striking out extra allowance, and, as modified, affirmed, without costs. Settle order on notice.

WAHLHEIMER, Respondent, v. PRESS PUB. CO., Appellant. (Supreme Court, Appellate Division, First Department. February 19, 1909.) Action by George Wahlheimer against the Press Publishing Company. W. H. Van Benschoten, for appellant. J. N. Hayes, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

WALLACE, Respondent, v. GOULD, Appellant, et al. (Supreme Court, Appellate Division, First Department. March 26, 1909.) Action by David Wallace, trustee, etc., against Howard Gould, impleaded with others. A. R. Watson, for appellant. R. F. H. Macdonald, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

WALSH, Appellant, v. VAIL, Respondent. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Action by Avery M. Walsh against Edward G. Vail, Jr. No opinion. Judgment of the Municipal Court affirmed, with costs.

WALTER v. WALTER. (Supreme Court, Appellate Division, First Department. March 26, 1909.) Action by Moritz Walter against H. N. Walter. No opinion. Motion denied, with $10 costs. Settle order on notice.

WARRINE, Appellant, v. EAGLE WAGON WORKS, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 10, 1909.) Action by Joseph Warrine against the Eagle Wagon Works. PER CURIAM. Judgment and order affirmed, with costs. Held, that there was no liability at common law and that the case was properly submitted to the jury under the employer's liability act (Laws 1902, p. 1748, c. 600); also that the notice prescribed by that act must be served before the commencement of the action. KRUSE, J., dissents, upon the ground that service of notice under the employer's liability act simultaneously with the summons was a compliance with that statute, and that erroneous rulings upon that question and others were made in submitting the case to the jury, which require a reversal of the judgment.

WASSERMAN v. JACOBS. (Supreme Court, Appellate Division, First Department. March 12, 1909.) Action by Benoit Wasserman against Edith S. Jacobs. No opinion. Motion denied, with $10 costs. Order filed.

WASSERMAN, Respondent, v. JACOBS, Appellant, et al. (Supreme Court, Appellate Division, First Department. February 19, 1909.) Action by Benoit Wasserman against Edith S. Jacobs, impleaded with others. F. Bien, for appellant. I. L. Bamberger, for respondent. PER CURIAM. Judgment affirmed, with costs. Order filed. LAUGHLIN and CLARKE, JJ., dissent.

WEBB et al. v. PARKER et al. (Supreme Court, Appellate Division, First Department. February 19, 1909.) Action by F. Egerton Webb and another against Susan Day Parker and another. Motion to amend judgment. Judgment as entered reversed, and new trial granted. For prior report, see 114 N. Y. Supp. 489. Henry L. Sprague, for the motion. W. W. Mumford, opposed. PER CURIAM. The affidavits submitted on the present motion leave it somewhat doubtful whether or not the appellant Norton is entitled to enforce his lien as against the plaintiffs. The necessary findings to determine this ques-